**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert A. Jones | CHAPTER 13 |
| | BKY. NO. 18-15559 AMC |
| Debtor | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Carrington Mortgage Services, LLC as servicer for Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California, N.A., as Trustee of Vendee Mortgage Trust 1998-2 and index same on the master mailing list.

                                    Respectfully submitted,
                                    **/s/ Rebecca A. Solarz, Esq**
                                    Rebecca A Solarz, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322