IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Robert A. Jones | : | |
| | : | No. 18-15559AMC |

## ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO COMPLETE PREPETITION CREDIT COUNSELING

**AND NOW**, this 30th day of August, 2018, upon consideration of the Application for Extension of Time to complete the prepetition credit counseling it is hereby

**ORDERED and DECREED** that Debtor is given an extension of time until September 19, 2018, by which date to file the credit counseling certification.

_____
Ashely M. Chan
United States Bankruptcy Judge