United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert A. Jones  
      Debtor

Case No. 18-15559-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Aug 30, 2018  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2018.  
db           +Robert A. Jones,    51 Penn Blvd.,    East Lansdowne, PA 19050-2624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2018 at the address(es) listed below:

       JOHN FRANCIS MARSINI    on behalf of Debtor Robert A. Jones john.marsini@verizon.net  
       REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California, N.A., as Trustee of Vendee Mortgage Trust 1998-2 bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                          TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Robert A. Jones | : | |
| | : | No. 18-15559AMC |

### ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO COMPLETE PREPETITION CREDIT COUNSELING

**AND NOW**, this 30th day of August, 2018, upon consideration of the Application for Extension of Time to complete the prepetition credit counseling it is hereby

**ORDERED and DECREED** that Debtor is given an extension of time until September 19, 2018, by which date to file the credit counseling certification.

_____
Ashely M. Chan
United States Bankruptcy Judge