# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-15559-AMC

ROBERT A JONES

51 PENN BLVD

EAST LANSDOWNE, PA 19050

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ROBERT A JONES

  51 PENN BLVD

  EAST LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

  JOHN FRANCIS MARSINI
  LAW OFFICES OF JOHN F. MARSINI
  467 ARGYLE ROAD
  DREXEL HILL, PA 19026-

Date: 10/18/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee