UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT A JONES                              Chapter 13

Debtor                              Bankruptcy No. 18-15559-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN FRANCIS MARSINI
LAW OFFICES OF JOHN F. MARSINI
467 ARGYLE ROAD
DREXEL HILL, PA 19026-

Debtor:
ROBERT A JONES

51 PENN BLVD

EAST LANSDOWNE, PA 19050