United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-15559-amc
Robert A. Jones                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: May 09, 2019
                              Form ID: pdf900           Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db            +Robert A. Jones,    51 Penn Blvd.,    East Lansdowne, PA 19050-2624
14185198      +Carrington Mortgage Services, Inc.,    1600 South Douglass Road,    Suites 110 & 220-A,
                Anaheim CA 92806-5951
14185200      +Crozer-Keystone Health System,    Correspondence Address,    P.O. Box 9800,
                Coral Springs FL 33075-0800
14222319      +Deutsche Bank National Trust Company, et al,    c/o Carrington Mortgage Services, LLC,
                1600 South Douglass Road,    Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov May 10 2019 02:40:54      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 10 2019 02:40:35       U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14185199       E-mail/Text: cio.bncmail@irs.gov May 10 2019 02:39:56      Internal Revenue Service,
                P.O. Box 37910,    Hartford CT 06176-7910
14199400      +E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2019 02:43:32
                PYOD, LLC its successors and assigns as assignee,     of Capital One, F.S.B.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14192268       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2019 02:40:18
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
                                                                                                TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
14185202      ##+Philadelphia Hand to Shoulder Center,    700 South Henderson Road,    Suite 200,
                King of Prussia PA 19406-4207
                                                                                               TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOHN FRANCIS MARSINI    on behalf of Debtor Robert A. Jones john.marsini@verizon.net
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company formerly known
               as Bankers Trust Company of California, N.A., as Trustee of Vendee Mortgage Trust 1998-2
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                TOTAL: 5

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT A JONES                                    Chapter 13

                    Debtor            Bankruptcy No. 18-15559-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN FRANCIS MARSINI
LAW OFFICES OF JOHN F. MARSINI
467 ARGYLE ROAD
DREXEL HILL, PA 19026-


Debtor:
ROBERT A JONES

51 PENN BLVD

EAST LANSDOWNE, PA 19050